# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> P. HOLGUIN, et al., <br><br> Defendants. | Case No. 1:14-cv-00427 AWI-DLB PC <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT <br><br> (Documents 8, 9) |

Plaintiff Maurice Robinson ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Defendants paid the filing fee and removed this action from the Kings County Superior Court to this Court on March 24, 2014. Plaintiff's complaint is currently awaiting screening pursuant to 28 U.S.C. § 1915A.

On July 30, 2014, Plaintiff filed a motion for entry of default. Plaintiff states that on March 24, 2014, Defendants requested a thirty-day extension of time within which to answer the complaint. Plaintiff states that over thirty days have passed and Defendants have not filed an answer.

On August 1, 2014, Plaintiff filed a second request for entry of default.

It appears that Plaintiff has misunderstood Defendants' request. In the Notice of Removal of Action, Defendants requested that this Court first screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. Defendants further requested a thirty-day extension of time to respond to any claims that *survive screening*.

1

Therefore, Defendants' time for responding to the complaint will not begin to run until such time as the Court screens Plaintiff's complaint and finds that it states a cognizable claim.

Accordingly, Plaintiff's requests are DENIED.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                             /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE