1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | MAURICE ROBINSON,

12 |        Plaintiff,

13 |   v.

14 | P. HOLGUIN, et al.,

15 |        Defendants.

Case No. 1:14-cv-00427 AWI-DLB PC

ORDER DENYING PLAINTIFF'S
REQUESTS FOR ENTRY OF DEFAULT

(Documents 11, 12)

16
17      Plaintiff Maurice Robinson ("Plaintiff") is a California state prisoner proceeding pro se in
18 this civil action pursuant to 42 U.S.C. § 1983.  Defendants paid the filing fee and removed this
19 action from the Kings County Superior Court to this Court on March 24, 2014.  Plaintiff's complaint
20 is currently awaiting screening pursuant to 28 U.S.C. § 1915A.

21      On August 15, 2014, Plaintiff filed two requests for entry of default against Defendants
22 Holguin and Borges.

23      On August 13, 2014, the Court denied Plaintiff's prior two requests for entry of default,
24 explaining that Defendants' time for responding to the complaint will not begin to run until such
25 time as the Court screens Plaintiff's complaint and finds that it states a cognizable claim.

26      Again, the Court has not yet screened Plaintiff's complaint and his requests are DENIED.

27
28

1      Plaintiff is warned that further requests for default prior to a finding that the complaint states

2  a cognizable claim may result in the imposition of sanctions.

3

4  IT IS SO ORDERED.

5      Dated:   **August 25, 2014**                    /s/ *Dennis L. Beck*

6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28